UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Webster Bank, NA )
)
)
)
**Plaintiff** )
) Case No.: 1:08-cv-00815 JR
v. )
)
**Jon Sipes** )
)
)
)
**Defendant** )

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Ambiko Guice, having been duly authorized to make service of the Summons, Complaint with Exhibits, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, and Financial Interest Disclosure on Jon Sipes in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on June 02, 2008 at 7:57 AM, I served the within Summons, Complaint with Exhibits, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, and Financial Interest Disclosure on Jon Sipes at 915 Potomac Avenue, SE, Washington, DC 20003 by serving Jon Sipes, personally. Described herein:

Gender: Male   Race/Skin: White   Hair: Brown   Age: 42   Height: 5'9"   Weight: 160

6-2-08
Executed on:

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050