IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WEBSTER BANK, N.A.** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CIVIL ACTION NO:1:08cv00815-JR |
| : | |
| **JON SIPES** : | |
| **Defendant.** : | |
| : | |

## MOTION FOR CONTINUANCE

COMES NOW, Counsel for Defendant, Jon Sipes, to requests a continuance of the Pre-Trial Conference and Trial, scheduled for July 24, 2008 and July 31, 2008, respectively, and in support thereof states the following:

1. Counsel for Defendant was retained on July 18, 2008.

2. Counsel has a scheduling conflict and is not able to attend the Pre-Trial Conference scheduled for this Thursday, July 24, 2008.

3. Further, in order to adequately represent her client in the trial of this matter - both in defending the complaint and prosecuting her client's counterclaim, counsel also requests a continuance of the trial scheduled for Thursday, July 31, 2008.

4. An attorney from counsel's office, who is not admitted to this court, spoke to counsel for Plaintiff about consenting to a continuance and settlement options. Counsel for Plaintiff stated it would not consent, but also would not likely oppose this Motion. Counsel for Plaintiff also encouraged counsel for Defendant to put in settlement offer in writing for further consideration.

WHEREFORE, in consideration of the fact that counsel was retained less than one week prior to the scheduled Pre-Trial Conference and less than two (2) weeks prior to the scheduled motions hearing and trial, counsel respectfully requests a continuance of both the pre-trial conference and trial dates.

Respectfully submitted,

*/s/ Dawn R. Jackson*
Dawn R. Jackson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of July, 2008, a copy of this Motion for a Continuance was mailed first class mail, postage pre-paid, to Amy S. Owen, Esquire, Cochran & Owen, LLC, 8000 Towers Crescent Drive, Suite 160, Vienna, VA 22182.

*/s/ Dawn R. Jackson*
Dawn R. Jackson

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WEBSTER BANK, N.A.** | : |
| **Plaintiff,** | : |
| v. | : CIVIL ACTION NO:1:08cv00815-JR |
| **JON SIPES** | : |
| **Defendant.** | : |

## ORDER

Upon consideration of Defendant's Counsel Motion for a Continuance, any opposition, and the record hereto, it is hereby

ORDERED, that the Motion for a Continuance of the July 24, 2008 Pre-Trial Conference is granted, and it is hereby

ORDERED, that the Motion for a Continuance of the July 31, 2008 Trial is granted.

Dated: July ___, 2008

_____
Judge James Robertson
United States District Court

Copies to:

Amy S. Owen
Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
Attorney for Plaintiff

Dawn R. Jackson
Baylor & Jackson, PLLC
Suite 1202
1025 Connecticut Avenue, N.W.
Washington, D.C. 20036
Attorney for Defendant