IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEBSTER BANK, N.A. | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CIVIL ACTION NO:1:08cv00815-JR |
| | : |
| JON SIPES | : |
| **Defendant.** | : |
| | : |

### NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of undersigned as counsel for Defendant, Jon Sipes.

We certify that we are admitted to practice in this court.

Respectfully submitted,

Dawn R. Jackson, Bar No. 485118
Baylor & Jackson, P.L.L.C.
1025 Connecticut Avenue, N.W., Suite 1202
Washington, DC 20036
Office (202) 332-7200
Fax (202) 833-5033
djackson@baylorjackson.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of July, 2008, a copy of this Notice of Entry of Appearance was mailed first class mail, postage pre-paid, to Amy S. Owen, Esquire, Cochran & Owen, LLC, 8000 Towers Crescent Drive, Suite 160, Vienna, VA 22182.

Dawn R. Jackson