IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEBSTER BANK, N.A. )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>JON SIPES )<br>)<br>    **Defendant.** )<br>_____) | Civil Action No.: 1:08cv00815-JR |

## WEBSTER BANK, N.A.'S LIST OF EXHIBITS

Webster Bank, N.A., pursuant to LCvR 16.5 hereby submits the following list of exhibits, one or more of which it intends to introduce at trial in this matter:

| | |
|---|---|
| Exhibit 1: | Webster Bank EZ Two Construction Loan Note dated December 9, 2005 with Construction Rider to Note and Security Instrument. |
| Exhibit 2: | Purchase Money Deed of Trust dated December 9, 2005 |
| Exhibit 3: | Payoff Statement for the Loan |
| Exhibit 4: | Loan Application |
| Exhibit 5: | Credit Report dated November 18, 2005 |
| Exhibit 6: | AUD-1 from sale of the Property dated December 9, 2005 |
| Exhibit 7: | Lending Disclosure Statement dated December 9, 2005 |
| Exhibit 8: | Occupancy Agreement dated December 9, 2005 |
| Exhibit 9: | Payment schedule dated December 9, 2005 |
| Exhibit 10: | Contact information for contacting lender |
| Exhibit 11: | Draw Requirements dated December 9, 2005 |

Exhibit 12:   June 5, 2006 letter re failure to update or request funding

Exhibit 13:   August 31, 2006 letter re failure to update or request funding

Exhibit 14:   September 7, 2006 letter with 90 day notice

Exhibit 15:   October 3, 2006 letter re failure to update or request funding

Exhibit 16:   November 29, 2006 letter with 30 Day Notice

Exhibit 17:   NCLC Extension Request Form

Exhibit 18:   November 27, 2009 e-mails re Loan Modification

Exhibit 19:   Loan Modification Agreement dated 1/1/07

Exhibit 20:   Final Draw Check Checklist

Exhibit 21:   Loan Application dated March 19, 2007

Exhibit 22:   Computer screens re March 2007 loan application

Exhibit 23:   March 29, 2007 e-mails re application

Exhibit 24:   Statement of Credit Denial dated April 29, 2007

Exhibit 25:   September 5, 2007 e-mail re past due loan

Exhibit 26:   Note Pad for the Sipes Loan

Exhibit 27:   History of Loan Payments

Exhibit 28:   Credit Report Dated June 4, 2007

Exhibit 29:   October 30, 2007 demand letter

Exhibit 30:   Credit Report Dated February 1, 2008

Exhibit 31:   May 23, 2008 demand letter

Exhibit 32:   Itemization of amounts due on Loan

Exhibit 33:   Teresa M. Grant Resume

Exhibit 34:   Attorneys Fees Affidavit

Exhibit 35:    Any document identified on Defendant's exhibit list

Any document needed for impeachment or rebuttal purposes.

                                              Respectfully submitted,

                                              /s/ Amy S. Owen
                                              Amy S. Owen, Esq. (DC Bar No. 411601)
                                              aowen@cochranowen.com
                                              Ben Selan, Esq. (DC Bar No. 495232)
                                              bselan@cochranowen.com
                                              COCHRAN & OWEN, LLC
                                              8000 Towers Crescent Drive, Suite 160
                                              Vienna, Virginia 22182
                                              Ph: (703) 847-4480
                                              Fx: (703) 847-4499

*Counsel for Webster Bank, N.A.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Webster Bank's List of Trial Exhibits was electronically filed with the Clerk of Court using the CM/ECF system, on this the 25th day of August, 2008. Service was perfected on the following individuals by hand delivery:

        Dawn R. Jackson
        Baylor & Jackson, PLLC
        1025 Connecticut Avenue, N.W., Suite 1202
        Washington, DC 20036
        Office (202) 332-7200
        Fax (202) 833-5033
        djackson@baylorjackson.com

        Counsel for Jon Sipes


        /s/ Amy S. Owen
        Amy S. Owen, Esq.  (DC Bar No. 411601)
        aowen@cochranowen.com
        Ben Selan, Esq. (DC Bar No. 495232)
        bselan@cochranowen.com
        Cochran & Owen, LLC
        8000 Towers Crescent Drive
        Suite 160
        Vienna, VA 22182
        Ph:   (703) 847-4480
        Fax:  (703) 847-4499

        Counsel for Webster Bank, N.A.