IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEBSTER BANK, N.A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:08cv00815-JR |
| ) | |
| JON SIPES ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), Webster Bank, N.A. and Jon Sipes hereby voluntarily dismiss their claims in this lawsuit, without prejudice.

Respectfully submitted,

_____/s/_____
Amy S. Owen, Esq. (DC Bar No. 411601)
aowen@cochranowen.com
Ben Selan, Esq. (DC Bar No. 495232)
bselan@cochranowen.com
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
Ph: (703) 847-4480
Fx: (703) 847-4499

Counsel for Webster Bank, N.A.

_____/s/_____
Dawn R. Jackson (DC Bar No. 485118)
djackson@baylorjackson.com
Baylor & Jackson, PLLC
1025 Connecticut Avenue, N.W., Suite 1202
Washington, DC 20036
Office (202) 332-7200
Fax (202) 833-5033

Counsel for Jon Sipes